IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOOKER LEAN CARTER, Petitioner, | : | CIVIL ACTION |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA, et al., Respondents. | : | NO. 09-4588 |

## ORDER

LAWRENCE F. STENGEL, J.

AND NOW, this 17th day of March, 2010, upon careful and independent consideration of the petition for Writ of *Habeas Corpus*, and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for Writ of *Habeas Corpus* is DENIED with prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

LAWRENCE F. STENGEL, J.